UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRAE JO LAXAGUE dba Laxague Feed and Supply,<br><br>        Plaintiff,<br>vs.<br><br>NANCY L. HALL dba Nancy Horse Blanket Repair,<br><br>        Defendant. | Case No.: 3:11-CV-00616-HDM-WGC<br><br>ORDER GRANTING<br>**PRELIMINARY INJUNCTION** |

  Plaintiff Andrae Jo Laxague having filed a Motion for Preliminary Injunction, and the Court having reviewed and considered the papers submitted in support of the motion, and, based upon the findings and conclusions recited by the Court at hearing on October 5, 2011, the Court having found good cause to grant the relief requested by Plaintiff pursuant to Federal Rule of Civil Procedure 65 and 17 U.S.C. §502(a),

  NOW, THEREFORE, IT IS HEREBY ORDEREED, ADJUDGED AND DECREED that:

  1. Defendant Nancy L. Hall and anyone acting in active concert or participation with, or at the direction or control of, the Defendant, are hereby enjoined during the pendency of this action from:

    a. Reproducing, distributing, or publishing actual or substantially similar copies of the

1
**Preliminary Injunction**

copyrighted visual work referred to as the "Mare and Foal Logo Illustration," U.S. Copyright Registration No. VAu001003528 (hereinafter, "the Laxague-owned work") in her business advertising, website, signage, business forms, or otherwise; and

    b. Preparing, reproducing, distributing, or publishing derivative works based upon the Laxague-owned work; and

    c. Otherwise infringing on the Laxague-owned work.

2. Plaintiff shall post a bond in the amount of $100.00.

3. Upon entry of this Preliminary Injunction, counsel for the Plaintiff shall serve it on the Defendant.

**IT IS SO ORDERED AND ADJUGED.**

DATED: October 11, 2011

_____
U.S. DISTRICT COURT JUDGE

2
**Preliminary Injunction**