**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDRAE JO LAXAGUE dba Laxague Feed and Supply,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY L. HALL dba Nancy Horse Blanket Repair,<br><br>        Defendant. | 3:11-cv-00616-HDM-WGC<br><br>JUDGMENT |

Pursuant to the consent of the parties (#28),

IT IS HEREBY ORDERED AND ADJUDGED as follows:

    1. Plaintiff, Andrae Jo Laxague, is the owner of United States Copyright Registration No. VAu001003528, depicting a "Mare and Foal Logo Illustration," (hereinafter the "Laxague-owned work").

    2. Defendant Nancy L. Hall and anyone acting in active concert or participation with, or at the direction or control of, the Defendant are hereby PERMANENTLY ENJOINED from:

        a. Reproducing, distributing, or publishing actual

1

        or substantially similar copies of the Laxague-owned work in her business advertising, website, signage, business forms, or otherwise; and

        b. Preparing, reproducing, distributing, or publishing derivative works based upon the Laxague-owned work; and

        c. Otherwise infringing on the Laxague-owned work.

3. Defendant shall immediately destroy all copies of the Laxague-owned work in her possession or control.

4. Should Defendant breach any part of this Consent Final Judgment and Permanent Injunction, Defendant shall be liable to Plaintiff for damages in the amount of $10,000 for each breach or violation.

5. If any legal action is taken to enforce this Consent Final Judgment and Permanent Injunction, the prevailing party will be entitled to attorney's fees and costs.

6. This Consent Final Judgment and Permanent Injunction is the full and final resolution of this action. The Court reserves jurisdiction over the parties to enforce the terms of this Consent Final Judgment and Permanent Injunction.

DATED: This 13th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE