# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDRAE JO LAXAGUE dba Laxague Feed and Supply, | 3:11-cv-00616-HDM-WGC |
| Plaintiff, | ORDER |
| vs. | |
| NANCY L. HALL dba Nancy Horse Blanket Repair, | |
| Defendant. | |

IT IS ORDERED, the cash bond in the amount of $100.00 posted on October 14, 2011, Receipt No. NVRNO000702, in support of the Preliminary Injunction issued on behalf of the Plaintiff Andrae Jo Laxague, is hereby exonerated and released.

**IT IS SO ORDERED.**

DATED: This 3rd day of April, 2013

_Howard D McKibben_
_____
UNITED STATES DISTRICT JUDGE