1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11   ANDRAE JO LAXAGUE dba Laxague    )        3:11-cv-00616-HDM-WGC
     Feed and Supply,                 )
12                                    )
                  Plaintiff,          )        ORDER
13                                    )
     vs.                             )
14                                   )
     NANCY L. HALL dba Nancy Horse    )
15   Blanket Repair,                  )
                                     )
16                Defendant.
     _____
17

18
          IT IS ORDERED, the cash bond in the amount of $100.00 posted
19
     on October 14, 2011, Receipt No. NVRNO000702, in support of the
20
     Preliminary Injunction issued on behalf of the Plaintiff Andrae Jo
21
     Laxague, is hereby exonerated and released.
22

23        **IT IS SO ORDERED**.

24        DATED: This 3rd day of April, 2013

25

26                          Howard D McKibben

27                          _____
                            UNITED STATES DISTRICT JUDGE
28